IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY,<br><br>               Plaintiff,<br><br>     v.<br><br>JOSEPH R. BIDEN, JR. in his official capacity as President of the United States, *et al.*,<br><br>               Defendants. | Case No. 3:21-cv-00245-SLG |

## **ADMINISTRATIVE APPEAL SCHEDULING ORDER**

Unless otherwise ordered, the provisions of the District of Alaska Local Civil Rules 16.1(a)(8) and 16.3 shall apply to the briefing schedule in this case; the page/word limits of Local Civil Rule 7.4(a) shall also apply. The parties may by motion for good cause shown seek to modify these provisions for this case.

DATED this 29th day of November, 2021, at Anchorage, Alaska.

                                       */s/ Sharon L. Gleason*
                                       UNITED STATES DISTRICT JUDGE