TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney,
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-00245-SLG |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE THE ADMINISTRATIVE RECORD

Defendants Joseph R. Biden, Jr., *et al.*, hereby move the Court for an extension of

sixty days for filing of the administrative record, until approximately March 21, 2022.

Undersigned counsel entered an appearance for Defendants on November 19, 2021, ECF

No. 5. By operation of Local Civil Rule 16.3(b)(1), the administrative record would be

served not later than sixty days after this appearance. *See also* Scheduling Order, ECF No. 6. However, this case remains at its earliest stages. Plaintiffs filed an Amended Complaint on December 8, 2021, ECF No. 7, but neither the Complaint nor Amended Complaint have been served in accordance with Fed. R. Civ. P. 4. Filing the administrative record would normally set in motion presentation of the merits, all of which would be premature under the circumstances of this case. It would conserve the resources of the parties and the Court to extend this schedule, by extending the time for filing of the administrative record until March 21, 2022. Counsel has conferred, and Plaintiffs do not oppose this motion.

DATED: January 18, 2022

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0506 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

# CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke