TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-00245-SLG |

## DEFENDANTS' RESPONSE TO MOTION TO INTERVENE

The State of Alaska has filed a motion to enter this action as an intervenor-plaintiff. *See* Doc. 9. Defendants Joseph R. Biden, Jr., *et al.*, advise the Court that they take no position on the State's motion.

Defendants further clarify the deadline for filing of their answer(s) in this case.

The State's motion indicates that the deadline for Defendants to answer Plaintiffs' Amended Complaint is February 7. *See id*. at 8. However, Plaintiffs have not completed service in accordance with Fed. R. Civ. P. 4 of either the Complaint or the Amended Complaint. *See* Defs.' Mot. for Extension at 2, Doc. 8. Defendants' answer to the Amended Complaint will be due sixty days from the date in which the summons and complaint are served upon the U. S. Attorney for the District of Alaska. *See* Fed. R. Civ. P. 4(c); 4(i)(1)(A)(i); 4(i)(2); 12(a)(2); 15(a)(3). Should the Court grant the State's motion to intervene, the answer to the State's complaint in intervention will be due sixty days after its filing.

DATED: February 2, 2022

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke