# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> STATE OF ALASKA, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> JOSEPH R. BIDEN, JR. in his official capacity as President of the United States, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-00245-SLG |

## ORDER RE STATE OF ALASKA'S MOTION TO INTERVENE

Before the Court at Docket 9 is the *State of Alaska's Motion to Intervene* pursuant to Federal Rule of Civil Procedure 24. Plaintiffs do not oppose the motion. Defendants filed a response at Docket 20 stating that they take no position on the motion.

Good cause being shown, IT IS ORDERED that the motion to intervene is GRANTED. The State of Alaska ("State") is hereby admitted into this litigation as an intervenor-plaintiff with full rights of participation. The case caption is amended

as set forth above.  The State shall file a clean copy of its Complaint in Intervention (Docket 9-1) within 7 days of this order.

DATED this 11th day of February, 2022 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-00245-SLG, *AIDEA v. Biden, et al.*
Order re State of Alaska's Motion to Intervene
Page 2 of 2
Case 3:21-cv-00245-SLG   Document 21   Filed 02/11/22   Page 2 of 2