Matthew N. Newman (AK Bar No. 1305023)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: 907-276-0680
mnewman@narf.org
mcondon@narf.org

*Lead Counsel for Applicant Intervenor Defendants Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council*

Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC
310 K Street, Suite 200
Anchorage, AK 99501
Phone: 907-278-2000
peter@bvt-law.com
karen@bvt-law.com

*Co- Counsel for Applicant Intervenor Defendants Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council*

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> STATE OF ALASKA, <br><br> Intervenor-Plaintiff, <br><br> v. | Case No. 3:21-cv-00245-SLG |

JOSEPH R. BIDEN, JR., *et al.*,

Defendants.

The Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council (collectively "the Tribes") hereby move to intervene in this matter as a matter of right, pursuant to Federal Rule of Civil Procedure 24(a). In the alternative, the Tribes request permissive intervention, pursuant to Federal Rule of Civil Procedure 24(b). Proposed Answers and a Proposed Order accompany this motion.

Counsel for Applicant-Intervenor Tribes has contacted all parties to obtain their respective positions on this motion. At the time of filing, Counsel for the Applicant-Intervenor Tribes has not received a response from Plaintiffs Alaska Industrial Development and Export Authority ("AIDEA"), the North Slope Borough ("the Borough"), and the Arctic Slope Regional Corporation ("ASRC"). Intervenor-Plaintiff reserves its position on the motion until it has an opportunity to review the motion and Defendants take no position on the motion.

Respectfully submitted this 14th day of March, 2022.

/s/ Matthew N. Newman
Matthew N. Newman (AK Bar No. 1305023)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Phone: 907-276-0680
mnewman@narf.org
mcondon@narf.org

*Lead Counsel for Applicant Intervenor Defendants Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council*

Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC
310 K Street, Suite 200
Anchorage, AK 99501
Phone: 907-278-2000
peter@bvt-law.com
karen@bvt-law.com

*Co- Counsel for Applicant Intervenor Defendants Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council*