IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, et al.,

    Plaintiffs,

and

STATE OF ALASKA,

    Intervenor-Plaintiff,

v.

JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,

    Defendants.

Case No. 3:20-cv-00245-SLG

## [PROPOSED] ORDER RE SCHEDULING

Upon consideration of the parties Stipulation to Address Scheduling, ECF No. 31, IT IS ORDERED that existing deadlines are hereby vacated and that this matter shall proceed according to the following schedule:

(a) Defendants shall answer or otherwise respond to Plaintiffs' Second Amended Complaint, and the State of Alaska's Complaint in Intervention, on or before May 16, 2022.

(b) Defendants shall file the administrative record on or before June 3, 2022.

(c) The parties will confer and informally attempt to resolve any disputes concerning the administrative record. Plaintiffs and Intervenor-Plaintiff shall notify

Defendants of any issues concerning the sufficiency of the administrative record on or before June 17, 2022.

(d) If the parties do not informally resolve issues concerning the administrative record, any motion(s) to supplement or otherwise challenge the sufficiency of the administrative record shall be filed on or before July 1, 2022. If such a motion is filed Defendants' response shall be due on or before July 29, 2022, and any reply shall be due on or before August 12, 2022.

(e) The parties shall present to the Court a proposed briefing scheduling within fourteen days of a decision resolving any such motion(s) or, in the absence of such a motion, on or before July 15, 2022.

Dated this _____ of March, 2022.

_____
HON. SHARON L. GLEASON
United States District Judge

*AIDEA v. Biden*  Case No. 3:20-cv-00245-SLG
2

Case 3:21-cv-00245-SLG   Document 31-1   Filed 03/17/22   Page 2 of 2