TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

PAUL A. TURCKE (Idaho Bar No. 4759)
Trial Attorney
Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 ‖ 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:21-cv-00245-SLG |

## DEFENDANTS' NOTICE
## OF FILING AND SERVING THE ADMINISTRATIVE RECORD

In accordance with Local Civil Rule 16.3(b)(1)(A), Defendants Joseph R. Biden,

Jr., in his official capacity as President of the United States, *et al.*, hereby provide notice

of serving and electronically filing the Administrative Record in this case. A Table of

Exhibits is filed herewith as Exhibit 1. A declaration certifying the contents of the Administrative Record is filed herewith as Exhibit 2. The index of documents contained in the Administrative Record is filed herewith as Exhibit 3. The contents of the Administrative Record consist of Exhibits 4-12, as further described in the Table of Exhibits. Defendants will further submit to the Court a paper copy of the filed Administrative Record.

DATED: June 3, 2022.

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney, Natural Resources Section
P.O. Box 7611 Washington, D.C. 20044
202-353-1389 || 202-305-0275 (fax)
paul.turcke@usdoj.gov

*Counsel for Defendants*

Of Counsel:

MIKE GIERYIC
Attorney Advisor
Office of the Regional Solicitor, Alaska Region
U.S. Department of the Interior
4230 University Drive, Suite 300
Anchorage, AK 99508
907-271-1420
mike.gieryic@sol.doi.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Paul A. Turcke*
Paul A. Turcke

*AIDEA v. Biden*  Case No. 3:21-cv-00245-SLG
DEFS.' NOTICE – ADMINISTRATIVE RECORD  2

Case 3:21-cv-00245-SLG   Document 48   Filed 06/03/22   Page 2 of 2