UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>STATE OF ALASKA,<br><br>*Intervenor-Plaintiff*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>*Intervenor-Defendants*. | Case No. 3:21-cv-00245-SLG<br><br>**[PROPOSED] ORDER REGARDING CASE SCHEDULE** |

Upon consideration of the Joint Motion to Modify Case Schedule filed by Plaintiffs, Intervenor-Plaintiff, and Defendants, IT IS ORDERED that the existing deadlines are hereby vacated and that this matter shall proceed according to the following schedule:

1. Defendants shall finalize the administrative record by August 15, 2022, subject to any modifications pursuant to Paragraphs 2-3 below.

2. The parties shall confer and informally attempt to resolve any disputes concerning the administrative record. The parties shall notify Defendants of any issues concerning the sufficiency of the administrative record on or before August 29, 2022.

3. If the parties do not informally resolve issues concerning the administrative record, any motion(s) to supplement or otherwise challenge the sufficiency of the administrative record shall be filed on or before September 12, 2022. If such a motion is filed, Defendants' response shall be due on or before October 10, 2022, and any reply shall be due on or before October 24, 2022.

4. The parties shall present to the Court a proposed briefing schedule within fourteen days of a decision resolving any such motion(s) or, in the absence of such a motion, on or before September 26, 2022.

DATED this _____ day of _____, 2022.

_____
Hon. Sharon L. Gleason
United States District Court Judge

[PROPOSED] ORDER REGARDING CASE SCHEDULE
*AIDEA v. Biden et al.*, Case No. 3:21-cv-00245-SLG
Page 2 of 2

Case 3:21-cv-00245-SLG   Document 49-1   Filed 06/30/22   Page 2 of 2