| DATE | DOC. NO. | DOCUMENT DESCRIPTION | PAGES | BATES # |
|---|---|---|---|---|
| | | **Alaska Industrial Development and Export Authority, et al. v. Biden, et al. (3:21-cv-00245-SLG) - SUPPLEMENT TO ADMINISTRATIVE RECORD** | | |
| 8/9/2022 | 27 | Update of 5/28/2021 Solicitor Memo to Secretary - Leasing Program's Env. Compliance (WITHHELD - SEE PRIVILEGE LOG) | 3 | 3401 |
| 8/19/2022 | 28 | Amendment to 6/1/2021 Decision Suspending Operations and Production on AIDEA's Oil & Gas Leases | 2 | 3404 |
| | | | | |