# AIDEA v. Biden, No. 3:21-cv-00245-SLG - Administrative Record Privilege Log

| Priv Log ID Begin | Priv Log ID End | Production Begin | Production End | Pages | Document Description | Privilege | Privilege Justification | AR_Date |
|---|---|---|---|---|---|---|---|---|
| PRIV_0001 | PRIV_0006 | AR_3356 | AR_3361 | 6 | Solicitor Memo to Secretary - Review of Leasing Program's Environmental Compliance | AC; AWP | Document solicited by and shared with client, containining attorney-client privileged communications and attorney's thoughts, impressions and/or legal strategy | 5/28/2021 |
| PRIV_0007 | PRIV_0009 | AR_3401 | AR_3403 | 3 | Update to 5/28/2021 Solicitor Memo | AC; AWP | Document solicited by and shared with client, containining attorney-client privileged communications and attorney's thoughts, impressions and/or legal strategy | 8/9/2022 |