UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>STATE OF ALASKA,<br><br>*Intervenor-Plaintiff*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>*Intervenor-Defendants.* | Case No. 3:21-cv-00245-SLG<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE** |

The Parties having jointly moved the Court for an order setting a briefing schedule, and the Court having read and considered the motion;

IT IS HEREBY ORDERED that the Parties' Stipulated Motion for Briefing Schedule is GRANTED;

IT IS FURTHER ORDERED that:

1. Plaintiffs and Intervenor-Plaintiff shall file their opening summary judgment briefs by December 5, 2022.

2. Defendants shall file their response brief to Plaintiffs' and Intervenor-Plaintiff's summary judgment briefs by February 3, 2023.

3. Defendant-Intervenors shall file their response briefs to Plaintiffs' and Intervenor-Plaintiff's summary judgment briefs by February 17, 2023.

4. Plaintiffs and Intervenor-Plaintiff shall file their reply summary judgment briefs by March 20, 2023.

Dated this _____ day of _____, 2022

_____
Hon. Sharon L. Gleason
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE
*AIDEA v. Biden, et al,* Case No. 3:21-cv-00245-SLG
Page 2 of 2

Case 3:21-cv-00245-SLG   Document 54-1   Filed 09/28/22   Page 2 of 2