TREG R. TAYLOR
ATTORNEY GENERAL

Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Fax: (907) 276-3697
Email: ron.opsahl@alaska.gov

Kathleen C. Schroder (*pro hac vice*)
Gail L. Wurtzler (*pro hac vice*)
Mark E. Champoux (*pro hac vice*)
Davis Graham & Stubbs LLP
1550 Seventeenth St., Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Fax: (303) 893-1379
Email: katie.schroder@dgslaw.com
       gail.wurtzler@dgslaw.com
       mark.champoux@dgslaw.com

*Attorneys for the State of Alaska*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*,<br><br>　　　　Plaintiffs,<br><br>and<br><br>STATE OF ALASKA,<br><br>　　　　Intervenor-Plaintiff,<br><br>v. | Case No. 3:21-cv-00245-SLG<br><br>**DECLARATION OF VASILIOS GIALOPSOS IN SUPPORT OF INTERVENOR-PLAINTIFF STATE OF ALASKA'S MOTION FOR SUMMARY JUDGMENT** |

*AIDEA, et al. v. Biden, et al.*　　　　　　　　　　　　Case No. 3:21-cv-00245-SLG

JOSEPH R. BIDEN, JR. *et al.*,           )
                                          )
        Defendants.                       )
                                          )

1.      My name is Vasilios Gialopsos, and I am the Acting Commissioner of the Department of Natural Resources for the State of Alaska (the "State"). Based on my experience and information provided to me by others, I have personal knowledge of the facts set forth herein or believe them to be true. If asked, I could testify truthfully about these matters.

2.      Lease sales and oil and gas royalties from the Coastal Plain oil and gas leasing program (the "Leasing Program"), estimated to generate one and a half to ten billion barrels of oil, could result in billions of dollars of revenue for the State of Alaska through royalties and lease rental payments.

3.      The State is not currently earning any rental or royalty revenue from the Coastal Plain leases due to the moratorium on their development.

4.      Development of the Coastal Plain leases would yield increased economic activity in the State, including increased employment, and increased contracting for labor, materials, and equipment. Increased economic activity would generate increased corporate and local tax revenue for the State.

5.      The State has not realized any such increased economic activity or corporate and local tax revenue due to the moratorium on the development of the Coastal Plain leases.

*AIDEA, et al. v. Biden, et al.*                                          Case No. 3:21-cv-00245-SLG
Page 2 of 3
Case 3:21-cv-00245-SLG   Document 59-1   Filed 12/05/22   Page 2 of 3

6. The State would use revenue from the Leasing Program for purposes that benefit Alaskans, including the protection of Alaskan wildlife and natural resources. The moratorium on development of the Coastal Plain leases has directly reduced potential funding of these programs.

7. Lack of development of the Coastal Plain leases has reduced employment opportunities for Alaskans including the loss of construction and permanent jobs.

8. Failure to complete preparatory work, including archaeological surveys and pre-application meetings, will delay the commencement of oil and gas production once the Coastal Plain leases are approved; delays in production will cause follow-on delays in collection of royalty revenue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 2, 2022.

_____
Vasilios Gialopsos