Brook Brisson (AK Bar No. 0905013)
Suzanne Bostrom (AK Bar No. 1011068)
Bridget Psarianos (AK Bar No. 1705025)
Victoria Clark (AK Bar No. 0401001)
TRUSTEES FOR ALASKA
121 W Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
bbrisson@trustees.org
sbostrom@trustees.org
bpsarianos@trustees.org
vclark@trustees.org

*Attorneys for Intervenor-Defendants Gwich'in Steering Committee, et al.*

Karimah Schoenhut (*pro hac vice*)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM
50 F St., NW 8th Floor
Washington, DC 20001
Phone: (202) 548-4584
Fax: (202) 547-6009
karimah.schoenhut@sierraclub.org

*Attorney for Intervenor-Defendant Sierra Club*

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*,<br><br>    Plaintiffs,<br><br>and<br><br>STATE OF ALASKA,<br><br>    Intervenor-Plaintiff, | Case No. 3:21-cv-00245-SLG |

v.

JOSEPH R. BIDEN, JR., *et al.*,

    Defendants,

and

NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,

    Intervenor-Defendants.

# NOTICE OF WITHDRAWAL OF BRIAN LITMANS AND SUBSTITUTION OF VICTORIA CLARK AS COUNSEL FOR PLAINTIFFS
(Local Civil Rule 11.1(c))

Plaintiffs provide notice that Brian Litmans, co-counsel for Plaintiffs, withdraws as counsel of record and substitute Victoria Clark as co-counsel of record. Brook Brisson, Suzanne Bostrom, Bridget Psarianos, and Karimah Schoenhut, all counsel of record, will continue to represent Plaintiffs in this matter.

Respectfully submitted this 13th day of December 2022.

                               s/ Suzanne Bostrom
                               Brook Brisson (AK Bar No. 0905013)
                               Suzanne Bostrom (AK Bar No. 1011068)
                               Bridget Psarianos (AK Bar No. 1705025)
                               Victoria Clark (AK Bar No. 0401001)
                               TRUSTEES FOR ALASKA

*Attorneys for Intervenor-Defendants Gwich'in Steering Committee et al.*

s/ Karimah Schoenhut (consent)
Karimah Schoenhut (pro hac vice)
SIERRA CLUB ENVIRONMENTAL LAW PROGRAM

*Attorney for Intervenor-Defendant Sierra Club*

NOTICE OF WITHDRAWAL AND SUBSTITUTION
*AIDEA v. Biden*, Case No. 3:21-cv-00245-SLG                Page 3

## CERTIFICATE OF SERVICE

I certify that on December 13, 2022, I caused a copy of the NOTICE OF WITHDRAWAL OF BRIAN LITMANS AND SUBSTITUTION OF VICTORIA CLARK AS COUNSEL OF RECORD to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system which will send electronic notification of such filings to the attorneys of record in this case.

s/Suzanne Bostrom
Suzanne Bostrom

NOTICE OF WITHDRAWAL AND SUBSTITUTION
*AIDEA v. Biden*, Case No. 3:21-cv-00245-SLG          Page 4