IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*,<br><br>        Plaintiffs,<br><br>  and<br><br>STATE OF ALASKA,<br><br>        Intervenor-Plaintiff,<br><br>  v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>        Defendants,<br><br>  and<br><br>NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>        Intervenor-Defendants. | Case No. 3:21-cv-00245-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT all claims against Federal Defendants are dismissed with prejudice.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: August 7, 2023

                                              **Brian D. Karth**
                                                Brian D. Karth
                                                Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*