IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*,<br><br>    Plaintiffs,<br><br>    and<br><br>STATE OF ALASKA,<br><br>    Intervenor- Plaintiff,<br><br>    v.<br><br>JOSEPH R. BIDEN, JR. in his official capacity as President of the United States, *et al.*,<br><br>    Defendants,<br><br>    and<br><br>NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:21-cv-00245-SLG |

## ORDER APPROVING SUBSTITUTION OF COUNSEL

Before the Court at Docket 74 is Plaintiffs Alaska Industrial Development and Export Authority, North Slope Borough, Arctic Slope Regional Corporation, and Kaktovik Inupiat Corporation's Entry of Appearance and Substitution of Counsel. The substitution is hereby GRANTED. IT IS ORDERED that David Karl Gross and James Lister of the law firm Birch Horton Bittner & Cherot are

substituted in as counsel. IT IS FURTHER ORDERED that the Kyle Parker, William Cason, and Bryson Campbell South of the law firm of Holland & Hart are withdrawn as counsel.

DATED this 28th day of August, 2023 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE