David Karl Gross, ABA #9611065
James Lister, ABA #1611111
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
dgross@bhb.com
jlister@bhb.com
Telephone 907.276.1550
Facsimile 907.276.3680

Attorneys for Plaintiffs Alaska Industrial Development and Export Authority, North Slope Borough, Arctic Slope Regional Corporation, and Kaktovik Inupiat Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, ET AL, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al., <br><br> Defendants, <br><br> And <br><br> NATIVE VILLAGE OF VENETIE TRIBAL GOVERNMENT, et al. <br><br> Intervenor-Defendants. | Case No.: 3:21-cv-00245-SLG |

# PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Alaska Industrial Development and Export Authority, North Slope Borough, Arctic Slope Regional Corporation, and Kaktovik Inupiat Corporation, by and through counsel, hereby provide notice of their appeal to the U.S. Court of Appeals for the Ninth Circuit of this Court's August 7, 2023, Order re Motions for Summary Judgment, ECF No. 72, and this Court's February 22, 2024, Order denying Plaintiffs' post-judgment motions, ECF No. 97. Final Judgment on the parties' motions for summary judgment was entered on August 7, 2023. On September 5, 2023, Plaintiffs and Intervenor-Plaintiff filed a joint Motion to Alter or Amend Summary Judgment Order (ECF No. 76) and on October 17, 2023 Plaintiffs' and Intervenor-Plaintiff filed a joint Motion for Relief from Final Judgment (ECF No. 84). This Court issued its Order denying both the motion to alter or amend summary judgment and the motion for relief from final judgment on February 22, 2024. ECF No. 97.

This notice of appeal is timely filed in accordance with Federal Rule of Appellate Procedure 4(a)(1)(B) and 4(a)(4)(A). Appellants' Representation Statement is included with this notice pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2.

DATED this 15th day of April, 2024.

> BIRCH HORTON BITTNER & CHEROT
> Attorneys for Plaintiffs Alaska Industrial
> Development and Export Authority, North

Slope Borough, Arctic Slope Regional
Corporation, and Kaktovik Inupiat Corporation

By: */s/ James H. Lister*
James H. Lister, ABA #1611111
Brian V. Gerd, ABA #1810097
1150 Connecticut Ave NW, Suite 350
Washington, DC 20036
Telephone: 202.862.8375
Facsimile: 202.659.1027
jlister@bhb.com
bgerd@bhb.com

David Karl Gross, ABA #9611065
Zoe A. Eisberg, ABA #1911094
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907.802.2998
Facsimile: 907.276.3680
dgross@bhb.com
zeisberg@bhb.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15th, 2024, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ James H. Lister*
James H. Lister

# REPRESENTATION STATEMENT

**Counsel for Plaintiffs Alaska Industrial Development and Export Authority, North Slope Borough, Arctic Slope Regional Corporation, and Kaktovik Inupiat Corporation.**

    David Karl Gross, ABA #9611065
    Zoe A. Eisberg, ABA #1911094
    510 L Street, Suite 700
    Anchorage, Alaska 99501
    Telephone: 907.802.2998
    Facsimile: 907.276.3680
    dgross@bhb.com
    zeisberg@bhb.com

    James H. Lister, ABA #1611111
    Brian V. Gerd, ABA #1810097
    1150 Connecticut Ave NW, Suite 350
    Washington, DC 20036
    Telephone: 202.862.8375
    Facsimile: 202.659.1027
    jlister@bhb.com
    bgerd@bhb.com

**Counsel for Plaintiff-Intervenor State of Alaska.**

    Treg Taylor
    Attorney General
    Ronald Walter Opsahl
    Assistant Attorney General
    Ryan Farnsworth
    Alaska Department of Law
    1031 W 4th Ave, Ste 200
    Anchorage, AK 99501
    ron.opsahl@alaska.gov
    ryan.farnsworth@alaska.gov
    Telephone: (907) 269-5232
    Fax: (907) 276-3697

    Gail L Wurtzler (pro hac vice)
    Kathleen C Schroder (pro hac vice)
    Mark E Champoux (pro hac vice)
    Nicholas R. Peppler (pro hac vice)

Davis Graham & Stubbs LLP
gail.wurtzler@dgslaw.com
katie.schroder@dgslaw.com
mark.champoux@dgslaw.com
nick.peppler@dgslaw.com

**Counsel for Defendants Joseph R. Biden, Jr. in his official capacity as President of the United States, United States Department of the Interior, Deb Haaland in her official capacity as Secretary of the Department of the Interior, Laura Daniel-Davis in her official capacity as Principal Deputy Assistant Secretary Land and Minerals Management, Bureau of Land Management, Tracy Stone-Manning in her official capacity as Director of the Bureau of Land Management, and Thomas Heinlein in his official capacity as Direct of the Bureau of Land Management Alaska.**

Paul A. Turcke
DOJ-Enrd
C/O U.S. Attorney'S Office
1290 West Myrtle Street
Suite 500
Boise, ID 83702
202-532-5994
Fax: 202-305-0275
Email: paul.turcke@usdoj.gov

**Counsel for Intervenor-Defendants Native Village of Venetie Tribal Government, Venetie Village Council, and Arctic Village Council.**

Matthew Neil Newman
Megan Rachel Condon
Native American Rights Fund
745 W 4th Avenue, Suite 502
Anchorge, AK 99501
907-276-0680
Fax: 907-276-2466
Email: mnewman@narf.org
Email: mcondon@narf.org

Karen E. Schmidt
Peter H. Van Tuyn
Bessenyey & Van Tuyn, LLC
310 K Street, Suite 200
Anchorage, AK 99501

907-360-6476
Fax: 907-287-2004
Email: karen@bvt-law.com
Email: peter@bvt-law.com

**Counsel for Intervenor-Defendants Gwich'in Steering Committee, Alaska Wilderness League, Alaska Wildlife Alliance, Canadian Parks & Wilderness Society-Yukon, Defenders of Wildlife, Environment America, Inc., Friends of Alaska National Wildlife Refuges, National Wildlife Federation, National Wildlife Refuge Association, Northern Alaska Environmental Center, Sierra Club, The Wilderness Society, and Wilderness Watch.**

Brook Brisson
Suzanne Bostrom
Victoria Clark
Bridget Earley Psarianos
Trustees for Alaska
1026 W. 4th Avenue Suite 201
Anchorage, AK 99501
907-276-4244
Email: bbrisson@trustees.org
Email: sbostrom@trustees.org
Email: vclark@trustees.org
Email: bpsarianos@trustees.org

Karimah Schoenhut
Sierra Club Environmental Law Program
50 F Street NW, 8th Floor
Washington, DC 20001
205-548-4584
Fax: 202-547-6009
Email: karimah.schoenhut@sierraclub.org