

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 24-2533
Originating Case Number: 3:21-cv-00245-SLG

Case Title: Alaska Industrial Development and Export Authority, et al. v. Biden, et al.

**Monday, April 29, 2024**

| | |
|---|---|
| Alaska Industrial Development and Export Authority | Mediation Questionnaire due |
| North Slope Borough | Mediation Questionnaire due |
| Arctic Slope Regional Corporation | Mediation Questionnaire due |
| Kaktovik Inupiat Corporation | Mediation Questionnaire due |

**Monday, June 10, 2024**

| | |
|---|---|
| Alaska Industrial Development and Export Authority | Appeal Opening Brief (No Transcript Due) |
| North Slope Borough | Appeal Opening Brief (No Transcript Due) |
| Arctic Slope Regional Corporation | Appeal Opening Brief (No Transcript Due) |
| Kaktovik Inupiat Corporation | Appeal Opening Brief (No Transcript Due) |

**Wednesday, July 10, 2024**

| | |
|---|---|
| Joseph R. Biden | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| United States Department of the Interior | Appeal Answering Brief (No Transcript Due) |
| Deb Haaland | Appeal Answering Brief (No Transcript Due) |
| Laura Daniel-Davis | Appeal Answering Brief (No Transcript Due) |
| United States Bureau of Land Management | Appeal Answering Brief (No Transcript Due) |
| Tracy Stone-Manning | Appeal Answering Brief (No Transcript Due) |
| Thomas Heinlein | Appeal Answering Brief (No Transcript Due) |
| Native Village of Venetie Tribal Government | Appeal Answering Brief (No Transcript Due) |
| Venetie Village Council | Appeal Answering Brief (No Transcript Due) |
| Arctic Village Council | Appeal Answering Brief (No Transcript Due) |
| Gwich'in Steering Committee | Appeal Answering Brief (No Transcript Due) |
| Alaska Wilderness League | Appeal Answering Brief (No Transcript Due) |
| Alaska Wildlife Alliance | Appeal Answering Brief (No Transcript Due) |
| Canadian Parks & Wilderness Society - Yukon | Appeal Answering Brief (No Transcript Due) |
| Defenders of Wildlife | Appeal Answering Brief (No Transcript Due) |
| Environment America | Appeal Answering Brief (No Transcript Due) |
| Friends of Alaska National Wildlife Refuges | Appeal Answering Brief (No Transcript Due) |
| National Wildlife Federation | Appeal Answering Brief (No Transcript Due) |
| National Wildlife Refuge Association | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| Northern Alaska Environmental Center | Appeal Answering Brief (No Transcript Due) |
| Sierra Club | Appeal Answering Brief (No Transcript Due) |
| The Wilderness Society | Appeal Answering Brief (No Transcript Due) |
| Wilderness Watch | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**