Matthew N. Newman (AK Bar No. 1305023)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND
745 West 4th Avenue, Suite 502
Anchorage, AK 99501
Tel. (907) 276-0680
mnewman@narf.org
mcondon@narf.org

*Lead Counsel for Plaintiffs Native Village of Venetie
Tribal Government, Arctic Village Council, and Venetie Village Council*

Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC
911 West 8th Avenue, Suite 101, PMB 59
Anchorage, AK 99501
Tel. (907) 278-2000
peter@bvt-law.com
karen@bvt-law.com

*Co-Counsel for Plaintiffs Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ALASKA INDUSTRIAL DEVELOPMENT AND EXPORT AUTHORITY, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> STATE OF ALASKA, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, | Case No. 3:21-cv-00245-SLG |

Defendants.

## NOTICE OF WITHDRAW OF COUNSEL

Please take notice that Matthew N. Newman withdraws his appearance as counsel for Plaintiffs Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council in the above-captioned matter.

Mr. Newman's last day of employment with Native American Rights Fund is September 27, 2024. Megan R. Condon of Native American Rights Fund and Peter H. Van Tuyn and Karen E. Schmidt of Bessenyey & Van Tuyn, LLC will continue to represent Plaintiffs Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council in this matter.

RESPECTFULLY SUBMITTED this 26th day of September, 2024.

*/s/ Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)
Megan R. Condon (AK Bar No. 1810096)
NATIVE AMERICAN RIGHTS FUND

Peter H. Van Tuyn (AK Bar No. 8911086)
Karen E. Schmidt (AK Bar No. 1211113)
BESSENYEY & VAN TUYN, LLC

*Counsel for Plaintiffs Native Village of Venetie Tribal Government, Arctic Village Council, and Venetie Village Council*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2024, I electronically filed the foregoing **NOTICE OF WITHDRAW OF COUNSEL** with the Clerk of the Court for the United States District Court for the District of Alaska by using the CM/ECF system. I certify that all participants in the case are CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Matthew N. Newman*
Matthew N. Newman (AK Bar No. 1305023)
NATIVE AMERICAN RIGHTS FUND